IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEBORAH DULATRE, | ) | CIVIL 03-00653 DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL V. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on December 8, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "REPORT OF SPECIAL MASTER RECOMMENDING THAT THE PETITION FOR AWARD

OF ATTORNEY FEE PURSUANT TO § 206(b)(1) BE GRANTED," docket entry no. 31, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 6, 2010.



_____
David Alan Ezra
United States District Judge

Deborah Dulatre v Michael v. Astrue, Civil No. 03-00653 DAE-KSC; ORDER ADOPTING REPORT OF SPECIAL MASTER